IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

RICHARD TAKACS,

        Defendant

---

FILED
U.S. DISTRICT COURT
W.D. OF N.Y.
7/18/06

06-M-1092

**M I S D E M E A N O R**
**I N F O R M A T I O N**
(Title 29, United States Code, Section 439(c))

<u>COUNT I</u>

**The United States Attorney Charges That:**

At all times material to this Information:

1.    Plasterers and Cement Masons Local Union 9 ("The union") was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2.    The defendant, RICHARD TAKACS, was the secretary-treasurer for the union and, in that position, was responsible for: filing the union's annual financial report (LM-3) with the Secretary of the Department of Labor; and maintaining the records relating to the union's checking account at the Bank of America.

3. Pursuant to Section 436 of Title 29, United States Code, the union was required to maintain accurate checking account records to verify union expenditures and keep such records for a period of five years.

4. Between December 16, 2002, and March 24, 2003, in the Western District of New York, the defendant, RICHARD TAKACS, did knowingly and willfully make false entries in records required to be kept by Title 29, United States Code, Section 436, that is, the records of the union's checking account.

All in violation of Title 29, United States Code, Section 439(c).

DATED: Buffalo, New York, July 16, 2006.

TERRANCE P. FLYNN
United States Attorney

BY: /s/ John E. Rogowski

JOHN E. ROGOWSKI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, Ext. 873
John.E.Rogowski@usdoj.gov